JS-6

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10

| YUELI GUO, | Case No. 2:24-cv-04512-PA-JC |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action is dismissed without prejudice.
2. USCIS has issued a Request for Evidence to Plaintiff seeking evidence to establish Plaintiff's eligibility to adjust status (the "RFE") pursuant to Plaintiff's Form I-485 Application for Adjustment of Status ("Plaintiff's I-485") previously filed with USCIS. The RFE allows Plaintiff until November 22, 2024 to submit responsive evidence.
3. USCIS shall diligently work towards the adjudication of Plaintiff's I-485 and shall either render a decision on Plaintiff's I-485 or issue a Notice of Intent ("NOID") to Deny Plaintiff's I-485 on or before January 21, 2025.
4. If USCIS issues a NOID, USCIS shall diligently work towards adjudicating Plaintiff's I-485 within 60 days of the receipt of Plaintiff's response to such NOID, absent unforeseen circumstances that would require additional time to complete the adjudication.
5. Plaintiff, through counsel, shall provide a tracking number for any NOID response shipped to USCIS to counsel for Defendants.
6. If USCIS fails to render a final decision or issue a NOID on or before January 21, 2025, or adjudicate any NOID by the date contemplated by Paragraph 4 above, Plaintiff may bring an action in this Court to enforce this negotiated settlement and compel adjudication of Plaintiff's I-485.

Dated: September 6, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE